IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

SHEILA HAYFORD,                          :
                                         :      C.A. No: K14C-01-024 RBY
              Plaintiff,                  :
                                         :
    _____                          :
        v.                               :
                                         :
DART and DELAWARE TRANSIT                 :
CORPORATION,                             :
                                         :
              Defendants.                :
                                         :

Submitted: *July 28, 2015*
Decided: *July 30, 2015*

***Upon Consideration of Defendants'***
***Motion for Summary Judgment***
***MOOT***

**ORDER**

Sheila Hayford, *Pro se*.

Douglas T. Walsh, Esquire, Marshall, Dennehey, Warner, Coleman & Goggin,
Wilmington, Delaware for Defendants.

Young, J.

## <u>DECISION</u>

Having, on this same day, granted Plaintiff's motion to dismiss this action without prejudice, Defendants' summary judgment motion is **MOOT**, and is, therefore, **DENIED**.

**IT IS SO ORDERED**.

/s/ Robert B. Young
J.

RBY/lmc
oc:   Prothonotary
cc:   Counsel
      Sheila Hayford
      Opinion Distribution